IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| V. | § | No. 3:10-CR-040-D (03) |
| | § | |
| DETRIC LEWIS, | § | |
| | § | |
| Defendant. | § | |

### **ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

The motion pursuant to rule 60(b)(6) [Dkt. No. 328] is, in substance, an unauthorized successive motion under 28 U.S.C. § 2255. Construing it as such, the motion is therefore transferred to the United States Court of Appeals for the Fifth Circuit for appropriate action.

The court further directs the clerk of court to open for statistical purposes a new § 2255 case (nature of suit 510 directly assigned, per Special Order 3-250, to United States District Judge Sidney A. Fitzwater and United States Magistrate Judge David

L. Horan) and to close the same on the basis of this order.

**SO ORDERED**.

September 19, 2017.

_Sidney A. Fitzwater_
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE